# Exhibit 2

| US8635117 | PayPal Fraud Protection Advanced ("The Accused Product") |
|---|---|
| 1. A computer-implemented process for authorizing financial transactions, the computer-implemented process comprising the steps of: retrieving, by one or more computers, transaction-data associated with a financial transaction from a non-transitory storage device associated with a financial institution's server over a communication network,<br><br>Col. 9, lines [41-45] | The accused product practices a computer-implemented process for authorizing financial transactions (e.g., payments), the computer-implemented process comprising the steps of: retrieving, by one or more computers (e.g., computers enabled with accused product), transaction-data (e.g., name, address etc. associated with a transaction) associated with a financial transaction (e.g., payment) from a non-transitory storage device (e.g., databases storing transaction records, etc.) associated with a financial institution's (e.g., a merchant, etc.) server over a communication network.<br><br>As shown below, the accused product is a fraud-prevention service that evaluates transactions in real time using machine learning and PayPal's global transaction network. It analyzes signals such as device data, transaction behaviour, and account history to assess risk. Based on this analysis, transactions are automatically approved, declined, or flagged according to merchant-defined rules.<br><br><br><br>https://www.paypal.com/us/business/risk-management |

| | |
|---|---|
| *The Shared Location Module 302 b receives the transaction request from the Merchant, which contains* **transaction-data, such as** *Merchant Location, Merchant name, type of goods, transaction amount, end-user account information* **and end-user name** *among other things.* |   Fraud Protection Advanced    Chargeback Protection<br><br># More insights. More control.<br><br>Fraud Protection Advanced uses our powerful AI-driven risk models and intelligence from our global two-sided network to help protect your business from ever-evolving threats.<br><br>**Risk-centric AI insights**<br><br>Proactively fight fraud. Our machine learning technology assigns a risk score to every transaction as it occurs.<br><br>**Manage fraud your way**<br><br>Leverage our expansive suite of customizable fraud tools, analytics, and reports.<br><br>https://www.paypal.com/us/business/risk-management#fraud-protection-advanced<br><br>## What is Fraud Protection Advanced and do I need integration?<br><br>Fraud Protection Advanced gives more insight and control to help balance chargebacks and declines. Fraud Protection delivers intelligence from both the merchant and consumer sides of transactions, combined with advanced machine learning and analytics, to help you protect your business from existing and evolving threats. It is built-in to our core processing integration.<br><br>https://www.paypal.com/us/business/risk-management#fraud-protection-advanced |

# Fraud protection

Last updated: May 13th, 10:23am

Fraud protection is a robust risk management toolkit for PayPal merchants who have integrated advanced credit and debit card payments.

Fraud causes many problems for digital business, such as chargebacks and penalty fees. Fraud protection automatically accepts good transactions and rejects fraudulent ones, helping to reduce chargebacks and false positives.

https://developer.paypal.com/docs/checkout/advanced/customize/fraud-protection/

The adaptive machine learning engine monitors card transactions on your website or mobile app to learn new fraud patterns and improve the machine learning models' performance.

Fraud protection provides insight and control through:

- Out-of-the-box filters tuned for your business
- Simulated filter impact before you activate the service
- Real-time actionable filter recommendations
- Dashboard and visualization

https://developer.paypal.com/docs/checkout/advanced/customize/fraud-protection/

# Smarter protections in one place

**24/7 fraud monitoring**

We monitor activity and transactions across PayPal and tens of millions of merchant sites globally to help protect your account and keep your data secure.[2]

**Financial encryption**

Your transactions and payments are encrypted. We don't sell or share your financial information.

**Purchase protection**

When you pay with PayPal, eligible purchases are protected at no extra cost.[1]

**Send money securely**

Pay it safe across the table or globe knowing we help you spot scammers and report suspicious money requests.[1]

https://www.paypal.com/us/digital-wallet/security-and-protection

# Catch card fraud early

Stay one step ahead of scammers with real-time early fraud alerts.[2] We monitor tens of millions of merchant sites in our network to detect early signs of card fraud—often before a costly transaction occurs—and will immediately notify you if we suspect your card info may be compromised.[4]

**Add a Payment Method**



https://www.paypal.com/us/digital-wallet/security-and-protection

## Do I need to activate wallet monitoring or early fraud alerts?

No. Any eligible debit or credit card you add to PayPal will automatically receive early fraud monitoring and real-time alerts about unusual activity we've detected or blocked. Use the PayPal app and enable push notifications to get real-time app notifications and review alert details right away. Learn more about early fraud alerts.

https://www.paypal.com/us/digital-wallet/security-and-protection

## What is wallet monitoring?

Once you add a card to your PayPal wallet, we'll automatically monitor for fraud 24/7 and work to prevent bad actors from using cards in your PayPal wallet. If we spot certain early warning signs, we'll block the attempt, alert you in real-time, and share some details about the unusual activity. Early warning signs of fraud include:

- Someone making an unusual attempt to add your card to their PayPal wallet
- Someone using your card as part of a suspected "carding attack" at a PayPal merchant

https://www.paypal.com/us/cshelp/article/what-is-wallet-monitoring--help1044

## What is Fraud Protection?

Fraud Protection is an integrated risk management solution that uses PayPal intelligence and advanced machine learning to help you fight fraud. It allows you to customize fraud filters based on your unique tolerance for risk and business needs, helping you to balance chargebacks and declines better.



To launch Fraud Protection, go to your Business Tools.

The tool includes:

- **Dashboard:** visually displays high-level information about payments, revenue, and chargebacks for a selected time period.
- **Filters:** displays a list of filters along with their conditions that can be used to help approve or reject incoming payments. Changes made to filters can be tested on your historical transaction data to help you understand the impact of those changes before activating them.

https://www.paypal.com/us/cshelp/article/what-is-fraud-protection-help1014

# Fraud Protection Advanced

Fraud Protection Advanced (FPA) is a robust fraud protection tool integrated into PayPal's core processing services. It enables your fraud teams to conduct in-depth risk analysis and investigations to help identify and mitigate fraud.

Fraud Protection Advanced combines decades of intelligence from the PayPal network with advanced machine learning (ML) and analytics to continuously adapt to changes in both a merchant's business and evolving fraud tactics. It is integrated with PayPal Complete Payments (PPCP) for merchants who are on the Advanced Checkout integration.

https://developer.paypal.com/docs/checkout/advanced/customize/fraud-protection/fraud-protection-advanced/

FPA provides a range of powerful capabilities:

- Fraud profile identification: Initial fraud strategies are customized based on historical risk patterns. The effectiveness of these profiles is monitored post-onboarding and adjusted as needed to enhance performance.

- Fraud detection and risk scoring: Mitigate fraud by declining high-risk transactions using advanced features, including:

    - Custom filters: Tailor rules to identify and block fraudulent activities.

    - Manual review: Assess and review flagged transactions manually for further validation.

    - Blocklists, allowlists, and reviewlists: Enhance filters with supplementary lists to manage trusted and suspicious entities.

    - Activity tracking and audit trail: Track changes and user actions and maintain a detailed audit trail.

- ML-based AI model: Utilize machine learning techniques to analyze data points such as card details, buyer information, purchasing patterns, and device intelligence to generate a risk score.

https://developer.paypal.com/docs/checkout/advanced/customize/fraud-protection/fraud-

| | |
|---|---|
| | protection-advanced/ |
| wherein said transaction-data comprises data representing at least one attribute descriptive of said financial transaction; | The accused product practices wherein said transaction-data (e.g., name, address etc. associated with a transaction) comprises data representing at least one attribute (e.g., name of account holder, location of transaction etc.) descriptive of said financial transaction (e.g., payment).<br><br>As shown below, the accused product is a fraud-prevention service that evaluates transactions in real time using machine learning and PayPal's global transaction network. When a merchant initiates a payment via PayPal, PayPal receives detailed transaction data from the merchant's system such as payment amount, billing address, email, device data, card info, IP address, and other attributes. This is sent as part of the API request when authorizing a transaction. Further, the accused product uses this transaction payload to assess risk.<br><br>FPA provides a range of powerful capabilities:<br><br>• Fraud profile identification: Initial fraud strategies are customized based on historical risk patterns. The effectiveness of these profiles is monitored post-onboarding and adjusted as needed to enhance performance.<br><br>• Fraud detection and risk scoring: Mitigate fraud by declining high-risk transactions using advanced features, including:<br>   ○ Custom filters: Tailor rules to identify and block fraudulent activities.<br>   ○ Manual review: Assess and review flagged transactions manually for further validation.<br>   ○ Blocklists, allowlists, and reviewlists: Enhance filters with supplementary lists to manage trusted and suspicious entities.<br>   ○ Activity tracking and audit trail: Track changes and user actions and maintain a detailed audit trail.<br><br>• ML-based AI model: Utilize machine learning techniques to analyze data points such as card details, buyer information, purchasing patterns, and device intelligence to generate a risk score.<br><br>https://developer.paypal.com/docs/checkout/advanced/customize/fraud-protection/fraud- |

protection-advanced/

## What are the benefits?

FPA provides the following benefits on top of Fraud Protection (FP) for merchants enrolling in PPCP capabilities:

- It is a self-serve tool that you can customize to meet your specific business requirements. It is not pre-configured to fit any business needs by default.
- PayPal can view both merchant and consumer activities across 25 billion transactions annually. This rich data fuels PayPal's machine learning models, which adapt to new transactions as they occur and historical fraud trends seen across the network, leading to more accurate fraud detection.
- Due to enhanced fraud decision-making by merchants, consumers will experience fewer declines, less friction, and faster order processing.

https://developer.paypal.com/docs/checkout/advanced/customize/fraud-protection/fraud-protection-advanced/

You can enable FPA using the following steps:

1. Select **Do it yourself using PayPal's fraud tool** and select **Next**.



https://developer.paypal.com/docs/checkout/advanced/customize/fraud-protection/fraud-protection-advanced/

# Essential prerequisites for optimal FPA performance

To enhance risk and fraud management, we strongly recommend that you provide additional data. This data is incorporated into PayPal's machine learning models, allowing them to analyze historical transactions and to improve the model's efficiency in detecting fraud. This approach optimizes the performance of your risk and fraud management processes. To include this data, you must pass the following fields to all requests sent to the Orders v2 API for processing.

https://developer.paypal.com/docs/checkout/advanced/customize/fraud-protection/fraud-protection-advanced/

## Create order

The following table shows the required parameters for optimal FPA performance when making a `POST` call to the Create order endpoint of the Orders v2 API.

**Device ID**

- If you are integrated through PayPal JS SDK, the device ID will be passed by default.
- If you are integrated through APIs, you would need to do the following so that the device ID is passed in the request:
  - Integrate Fraudnet if you are on a browser. The device ID is sent as `PAYPAL-CLIENT-METADATA-ID` in the request data.
  - Integrate Magnes if you are on an app.

https://developer.paypal.com/docs/checkout/advanced/customize/fraud-protection/fraud-protection-advanced/

## Header

| Field name | Description | Type | Notes |
|---|---|---|---|
| PayPal-Client-Metadata-Id | The device ID for this purchase. See the parameter definition for more information. | String | • Minimum characters: 1<br>• Maximum characters: 36 |

https://developer.paypal.com/docs/checkout/advanced/customize/fraud-protection/fraud-protection-advanced/

## Body

| Field name | Description | Type | Notes |
|---|---|---|---|
| payment_source.card.attributes.customer.email_address | Email address of the buyer as provided to the merchant or on file with the merchant. Email | string | • Minimum characters: 3<br>• Maximum characters: 254 |

https://developer.paypal.com/docs/checkout/advanced/customize/fraud-protection/fraud-protection-advanced/

## Capture payment for order

| Field name | Description | Type | Notes |
|---|---|---|---|
| payment_source.card. name | The cardholder's name as it shows up on the card. See the parameter definition for more information. | string | <ul><li>Minimum characters: 1</li><li>Maximum characters: 300</li></ul> |
| payment_source.card. number | The primary account number (PAN) for the payment card. See the parameter definition for more | string | <ul><li>Minimum characters: 13</li><li>Maximum characters: 19</li></ul> |

https://developer.paypal.com/docs/checkout/advanced/customize/fraud-protection/fraud-protection-advanced/



[https://developer.paypal.com/docs/api/orders/v2/#definition-blik_one_click_response](https://developer.paypal.com/docs/api/orders/v2/#definition-blik_one_click_response)

| retrieving, by the one or more computers, user-data from a non-transitory storage device associated | The accused product practices retrieving, by the one or more computers (e.g., computers enabled with accused product), user-data (e.g., names, addresses etc. in the third-party data source) from a non-transitory storage device (e.g., storage of data sources) associated with a third-party information source (e.g., external data, etc.).<br><br>As shown below, the accused product is a fraud-prevention service that evaluates transactions |

| | |
|---|---|
| with a third-party information source, | in real time using machine learning and PayPal's global transaction network. When a merchant initiates a payment via PayPal, PayPal receives detailed transaction data from the merchant's system such as payment amount, billing address, email, device data, card info, IP address, and other attributes. Also, the accused product utilizes external data ingested from third-party information sources such as previous transactions, etc.<br><br>PayPal's Fraud Protection Advance solution can address these issues.<br><br>PayPal Fraud Protection Advanced is an adaptive machine learning solution that helps merchants protect against evolving fraud. Its robust capabilities help mitigate fraud, reduce losses, and protect your business's growth, and is available out-of-the-box for Enterprise Payments. Fraud Protection Advanced decisions credit card, debit card, Apple pay, Google Pay, Samsung Pay, and Secure Remote Commerce transactions processed with Braintree.<br><br>Fraud Protection Advanced is powered by the PayPal 2-Sided Network: a rich source of transaction and risk data gleaned from over 20 years of Fintech experience working with some of the world's biggest companies, 400M+ consumers and tens of millions of merchants.<br><br>https://www.paypal.com/us/brc/article/competitive-edge-against-fraud<br><br>In addition to the wealth of intelligence from our 2-Sided Network, merchants get access to machine learning and analytics with Fraud Protection Advanced. Designed with machine learning as the core function, Fraud Protection Advanced facilitates real-time and efficient data modeling, quickly adapting to new transactions and shifting fraud patterns. In addition, advanced machine learning allows for customized, out-of-the-box filters based on your individual business metrics, and the ability to test new filters or make changes to existing filters based on your own historical transaction data to help you understand how the changes might impact your business.<br><br>https://www.paypal.com/us/brc/article/competitive-edge-against-fraud |

## 2. Leverage large amounts of data

Effective machine learning is powered by robust, proprietary data. The more data machine learning models have to work with, the better they can distinguish between normal and fraudulent behavior. That may make it a good fit for enterprise businesses that process hundreds of thousands or even millions of transactions per month.

It doesn't have to stop with your own data. Shared intelligence could make machine learning algorithms for payment fraud detection even stronger. For instance, PayPal's two-sided network is a rich source of transaction and risk data from millions of active global accounts that may help enhance fraud detection.

https://www.paypal.com/us/brc/article/payment-fraud-detection-machine-learning



https://www.paypalobjects.com/ecm_assets/Payment%20Assessment%20API%20WP-v1-A.pdf

| wherein said user- | The accused product practices wherein said user-data (e.g., names, addresses etc. in the third- |

| | |
|---|---|
| data comprises (i) data representing at least one attribute descriptive of an authorized financial transaction, or (ii) data representing at least one attribute descriptive of an unauthorized financial transaction; | party data source) comprises (ii) data representing at least one attribute (e.g., names, addresses etc.) descriptive of an unauthorized financial transaction.<br><br>As shown below, the accused product is a fraud-prevention service that evaluates transactions in real time using machine learning and PayPal's global transaction network. When a merchant initiates a payment via PayPal, PayPal receives detailed transaction data from the merchant's system such as payment amount, billing address, email, device data, card info, IP address, and other attributes. Also, the accused product utilizes external data ingested from third-party information sources such as previous transactions, etc. and compares it against filters to determine whether to approve or block the transaction.<br><br>PayPal's Fraud Protection Advance solution can address these issues.<br><br>PayPal Fraud Protection Advanced is an adaptive machine learning solution that helps merchants protect against evolving fraud. Its robust capabilities help mitigate fraud, reduce losses, and protect your business's growth, and is available out-of-the-box for Enterprise Payments. Fraud Protection Advanced decisions credit card, debit card, Apple pay, Google Pay, Samsung Pay, and Secure Remote Commerce transactions processed with Braintree.<br><br>Fraud Protection Advanced is powered by the PayPal 2-Sided Network: a rich source of transaction and risk data gleaned from over 20 years of Fintech experience working with some of the world's biggest companies, 400M+ consumers and tens of millions of merchants.<br><br>https://www.paypal.com/us/brc/article/competitive-edge-against-fraud |

In addition to the wealth of intelligence from our 2-Sided Network, merchants get access to machine learning and analytics with Fraud Protection Advanced. Designed with machine learning as the core function, Fraud Protection Advanced facilitates real-time and efficient data modeling, quickly adapting to new transactions and shifting fraud patterns. In addition, advanced machine learning allows for customized, out-of-the-box filters based on your individual business metrics, and the ability to test new filters or make changes to existing filters based on your own historical transaction data to help you understand how the changes might impact your business.

https://www.paypal.com/us/brc/article/competitive-edge-against-fraud

### 2. Leverage large amounts of data

Effective machine learning is powered by robust, proprietary data. The more data machine learning models have to work with, the better they can distinguish between normal and fraudulent behavior. That may make it a good fit for enterprise businesses that process hundreds of thousands or even millions of transactions per month.

It doesn't have to stop with your own data. Shared intelligence could make machine learning algorithms for payment fraud detection even stronger. For instance, PayPal's two-sided network is a rich source of transaction and risk data from millions of active global accounts that may help enhance fraud detection.

https://www.paypal.com/us/brc/article/payment-fraud-detection-machine-learning



https://www.paypalobjects.com/ecm_assets/Payment%20Assessment%20API%20WP-v1-A.pdf

| | |
|---|---|
| comparing, by the one or more computers, said transaction-data to said user-data to generate (i) an authorization flag or (ii) a denial flag, wherein the authorization flag is generated when said at least one attribute descriptive of said transaction-data substantially matches said at least one | The accused product practices comparing, by the one or more computers (e.g., computers enabled with accused product), said transaction-data (e.g., name, address etc. associated with a transaction) to said user-data (e.g., names, addresses etc. in the third-party data source) to generate (i) an authorization flag (e.g., indication of an approved transaction) or (ii) a denial flag (e.g., indication of an un-approved transaction), wherein the denial flag (e.g., indication of an un-approved transaction) is generated when said at least one attribute descriptive of said transaction-data substantially matches said at least one attribute descriptive of an unauthorized financial transaction.<br><br>As shown below, the accused product is a fraud-prevention service that evaluates transactions in real time using machine learning and PayPal's global transaction network. When a merchant initiates a payment via PayPal, PayPal receives detailed transaction data from the merchant's system such as payment amount, billing address, email, device data, card info, IP address, and other attributes. The accused product analyses incoming transaction fields (attributes) and compares them against learned patterns and filter conditions to determine a risk score. If transaction attributes match patterns of legitimate behavior, the risk score is low and PayPal approves the transaction. However, if attributes match characteristics associated with fraud (e.g., mismatched device fingerprints, known bad email, etc.), the risk score is high and PayPal |

| attribute descriptive of an authorized financial transaction, wherein the denial flag is generated when said at least one attribute descriptive of said transaction-data substantially matches said at least one attribute descriptive of an unauthorized financial transaction; and | declines the transaction. An indication is then generated based on the approval or rejection.<br><br>FPA provides a range of powerful capabilities:<br><br>• Fraud profile identification: Initial fraud strategies are customized based on historical risk patterns. The effectiveness of these profiles is monitored post-onboarding and adjusted as needed to enhance performance.<br>• Fraud detection and risk scoring: Mitigate fraud by declining high-risk transactions using advanced features, including:<br>   ○ Custom filters: Tailor rules to identify and block fraudulent activities.<br>   ○ Manual review: Assess and review flagged transactions manually for further validation.<br>   ○ Blocklists, allowlists, and reviewlists: Enhance filters with supplementary lists to manage trusted and suspicious entities.<br>   ○ Activity tracking and audit trail: Track changes and user actions and maintain a detailed audit trail.<br>• ML-based AI model: Utilize machine learning techniques to analyze data points such as card details, buyer information, purchasing patterns, and device intelligence to generate a risk score.<br><br>https://developer.paypal.com/docs/checkout/advanced/customize/fraud-protection/fraud-protection-advanced/ |

## What are the benefits?

FPA provides the following benefits on top of Fraud Protection (FP) for merchants enrolling in PPCP capabilities:

- It is a self-serve tool that you can customize to meet your specific business requirements. It is not pre-configured to fit any business needs by default.

- PayPal can view both merchant and consumer activities across 25 billion transactions annually. This rich data fuels PayPal's machine learning models, which adapt to new transactions as they occur and historical fraud trends seen across the network, leading to more accurate fraud detection.

- Due to enhanced fraud decision-making by merchants, consumers will experience fewer declines, less friction, and faster order processing.

https://developer.paypal.com/docs/checkout/advanced/customize/fraud-protection/fraud-protection-advanced/

# Essential prerequisites for optimal FPA performance

To enhance risk and fraud management, we strongly recommend that you provide additional data. This data is incorporated into PayPal's machine learning models, allowing them to analyze historical transactions and to improve the model's efficiency in detecting fraud. This approach optimizes the performance of your risk and fraud management processes. To include this data, you must pass the following fields to all requests sent to the Orders v2 API for processing.

https://developer.paypal.com/docs/checkout/advanced/customize/fraud-protection/fraud-protection-advanced/

PayPal's Fraud Protection Advance solution can address these issues.

PayPal Fraud Protection Advanced is an adaptive machine learning solution that helps merchants protect against evolving fraud. Its robust capabilities help mitigate fraud, reduce losses, and protect your business's growth, and is available out-of-the-box for Enterprise Payments. Fraud Protection Advanced decisions credit card, debit card, Apple pay, Google Pay, Samsung Pay, and Secure Remote Commerce transactions processed with Braintree.

Fraud Protection Advanced is powered by the PayPal 2-Sided Network: a rich source of transaction and risk data gleaned from over 20 years of Fintech experience working with some of the world's biggest companies, 400M+ consumers and tens of millions of merchants.

https://www.paypal.com/us/brc/article/competitive-edge-against-fraud

In addition to the wealth of intelligence from our 2-Sided Network, merchants get access to machine learning and analytics with Fraud Protection Advanced. Designed with machine learning as the core function, Fraud Protection Advanced facilitates real-time and efficient data modeling, quickly adapting to new transactions and shifting fraud patterns. In addition, advanced machine learning allows for customized, out-of-the-box filters based on your individual business metrics, and the ability to test new filters or make changes to existing filters based on your own historical transaction data to help you understand how the changes might impact your business.

https://www.paypal.com/us/brc/article/competitive-edge-against-fraud

## 2. Leverage large amounts of data

Effective machine learning is powered by robust, proprietary data. The more data machine learning models have to work with, the better they can distinguish between normal and fraudulent behavior. That may make it a good fit for enterprise businesses that process hundreds of thousands or even millions of transactions per month.

It doesn't have to stop with your own data. Shared intelligence could make machine learning algorithms for payment fraud detection even stronger. For instance, PayPal's two-sided network is a rich source of transaction and risk data from millions of active global accounts that may help enhance fraud detection.

https://www.paypal.com/us/brc/article/payment-fraud-detection-machine-learning

## Features

FPA offers a range of powerful features designed to help you reduce fraud:

- Fraud profile identification: Provides automated filter recommendations based on onboarding data and historical transaction data. Use these to make informed decisions and strengthen your overall fraud prevention strategy.
- Risk score calculation: PayPal's machine learning model analyzes various data points, including card details, buyer information, purchasing patterns, and device intelligence, among others, to calculate a Risk Score. The risk score ranges from 0 to 100, where 0 indicates no risk, and 100 represents a highly risky transaction.
- Fraud detection: Mitigates fraud by declining risky transactions through advanced features such as:
  - Filters: Rules that determine whether FPA approves, rejects, or flags a transaction for review. You can enable, adjust, or create your own filters.

https://developer.paypal.com/docs/checkout/advanced/customize/fraud-protection/fraud-protection-advanced/



https://developer.paypal.com/docs/checkout/advanced/customize/fraud-protection/fraud-protection-advanced/

## What filters are provided out-of-the-box?

An initial set of customized filters is provided to you out-of-the-box. You can enable and modify these filters or create your own. The filters you'll see depend on your business metrics and may include the following:

- Transaction risk score - Rejection filter A normalized risk threshold is suggested when onboarding. Risk scores range from 0 - 100, with 100 being highly risky and 0 less risky.
- High-velocity filters: To quickly stop a bot attack or multiple attempts from the same entity, such as using the same card, device, email, etc.
- Linking velocity filters: To identify users attempting to make suspicious transactions by changing their name, card, phone number, etc.
- High Issuer declines filters: To block users who have recently had a suspiciously high number of issuer declines.
- Bad entity filters: To stop transactions made by an entity, such as email, card, phone, etc., linked to fraudulent activity across the PayPal network.
- Blocklists: To block the known bad users based on their transactional information.
- AVS/CVV checks.

https://www.paypal.com/us/cshelp/article/what-is-fraud-protection-advanced-help1186



https://developer.paypal.com/docs/checkout/advanced/customize/fraud-protection/fraud-protection-advanced/filters/

| communicating, by the one or more computers, (i) the generated denial flag or (ii) the generated authorization flag to said financial institution's server over a | The accused product practices communicating, by the one or more computers (e.g., computers enabled with accused product), (i) the generated denial flag or (ii) the generated authorization flag to said financial institution's (e.g., merchant's) server over a communication network, wherein the financial transaction (e.g., payment) is authorized when the generated authorization flag is communicated by the one or more computers (e.g., computers enabled with accused product). |
| --- | --- |
| | As shown below, the accused product is a fraud-prevention service that evaluates transactions in real time using machine learning and PayPal's global transaction network. When a merchant initiates a payment via PayPal, PayPal receives detailed transaction data from the merchant's |

| | |
|---|---|
| communication network, wherein the financial transaction is authorized when the generated authorization flag is communicated by the one or more computers. | system such as payment amount, billing address, email, device data, card info, IP address, and other attributes. The accused product analyses incoming transaction fields (attributes) and compares them against learned patterns and filter conditions to determine a risk score. If transaction attributes match patterns of legitimate behavior, the risk score is low and PayPal approves the transaction. However, if attributes match characteristics associated with fraud (e.g., mismatched device fingerprints, known bad email, etc.), the risk score is high and PayPal declines the transaction. An indication is then generated based on the approval or rejection. Now, after the transaction is analysed, an indication is provided to the merchant. Moreover, if the transaction seems authorized, it is approved automatically. |

**Smart Payments and Risk Solutions**

At PayPal's core is one of the largest and most current payment datasets, spanning over 400 million consumer accounts and 20 million merchant accounts worldwide.

This vast data reservoir powers our machine learning models, enabling smart transaction decisions. Our intelligent fraud detection system evaluates transactions using more than 500 data points, from purchase history to device and location, generating risk scores that could detect fraud and help minimize false declines, ensuring a smooth checkout for genuine customers.

https://developer.paypal.com/community/blog/paypal-fraud-risk-management-solutions/

**Fraud Protection Advanced**

Fraud Protection Advanced (FPA) is PayPal's AI-powered solution that gives risk teams flexible, real-time fraud control. It generates dynamic risk scores for each transaction and provides intelligent recommendations to approve, block, or review payments. Users can create custom filters, add relevant fields, and manage detailed block, review, and allow lists to align with their policies. An intuitive dashboard offers clear insights into transaction trends and fraud patterns, enabling teams to respond swiftly and effectively.

https://developer.paypal.com/community/blog/paypal-fraud-risk-management-solutions/

Payment Assessment API evaluates the risk level of each payment in real-time using hundreds of signals specific to that payment. Then, using a combination of historic events as well as device and IP information, the API derives a risk score for that payment ranging from 0–1000, where higher the number, higher the risk. The score, along with corresponding reason code(s) and explanation, helps merchants assess the risk level for that payment.
https://www.paypalobjects.com/ecm_assets/Payment%20Assessment%20API%20WP-v1-A.pdf

**Eliminates Need for Advanced Data Training** – The underlying machine learning model is trained on the PayPal and Braintree network of merchants. Data from the payment being assessed and the risk profile of similar payments processed from other merchants in the network are used to generate the score and reason for each payment. This results in the API returning accurate scores for newly onboarded merchants and marketplaces without additional training, whereas competitors who require six months of data beforehand for model training.
https://www.paypalobjects.com/ecm_assets/Payment%20Assessment%20API%20WP-v1-A.pdf

**Enhanced Fraud Predictability** – Data from the PayPal 2-Sided Network as well as machine learning models and rules power the API and help predict whether a transaction might be fraudulent and likely to result in a dispute. The resulting risk score helps guide merchants in deciding on a course of action for potential fraudulent transactions.

Notes

- Even if the API returns a positive risk evaluation, a customer's issuing bank may still decline the transaction.

https://www.paypalobjects.com/ecm_assets/Payment%20Assessment%20API%20WP-v1-A.pdf

# Integration Details and Outcome

Payment Assessment API helps the merchants evaluate any potential risk associated with a payment before approving it.

The merchant calls the API before authorizing a credit or debit transaction with their issuing bank. The API evaluates the transaction using various data points and provides the merchant with a risk score for that transaction. The risk score as well as the reason code(s) and explanation help the merchant assess the risk and decide if they should approve or reject the transaction.

https://www.paypalobjects.com/ecm_assets/Payment%20Assessment%20API%20WP-v1-A.pdf



The API helps merchants evaluate potential risks associated with a payment before approving it.

https://www.paypalobjects.com/ecm_assets/Payment%20Assessment%20API%20WP-v1-A.pdf

Here's a summary of the process involved in the API deriving the risk score:

1. **Assess Comprehensive PayPal Data** – The PayPal network processes tens of billions of events per year and collects customer and transaction information as well as device information and connection data, which is leveraged via the PayPal Risk Data Acquisition (RDA) service through use of Java Scripts and SDKs embedded in all merchant web and mobile applications.

https://www.paypalobjects.com/ecm_assets/Payment%20Assessment%20API%20WP-v1-A.pdf



Payment Assessment API uses the different types of data collected, as shown below, to conduct risk assessment on a transaction.

| Customer Data | Event Related Data | Connection Data | Device Data |
|---|---|---|---|
| Name | Transaction Amount | IP | Operating System |
| Address | Shipping Address | Cookie | Device Model |
| Account Age | Merchandise Vertical | FSO | Screen Resolution |
| Financial Instruments | | TCP/IP Packet Parameters | And more... |

https://www.paypalobjects.com/ecm_assets/Payment%20Assessment%20API%20WP-v1-A.pdf

2. **Evaluate Data Using Rules and ML Models** – The API processes, analyzes, and runs the collected data against a large set of rules and machine learning models. The rules and ML models assess the risk of a transaction by evaluating data points such as frequency of use, distance travelled/time calculations since last event, device OS and settings, IP risk as well as the type of transactions, MCC code, history of the customer including any previous risky events, chargebacks, and more.

https://www.paypalobjects.com/ecm_assets/Payment%20Assessment%20API%20WP-v1-A.pdf

3. **Generate Risk Score** – After the detailed evaluation, the API produces a risk score of the transaction for the merchant. The score, ranging from 0–1000, is accompanied with one or more reason codes and corresponding explanations, and is intended to help the merchant in deciding if they should authorize the transaction with their issuing bank.

https://www.paypalobjects.com/ecm_assets/Payment%20Assessment%20API%20WP-v1-A.pdf



| Band | Score | Suggested Reason Code | Reccomendation |
|------|-------|----------------------|----------------|
| RED | 999 | HIGH_UNAUTHORIZED_RISK | Transaction is declined. Client cannot approve. |
| YELLOW | 600-999 | UNUSUAL_ENTITY<br>UNUSUAL_ENTITY_DEVICE_RISK<br>UNUSUAL_ACCOUNT_ENTITIES<br>HIGH_VELOCITY<br>HIGH_RISK_CONNECTION<br>NEGATIVE_HISTORY<br>HIGH_RISK_LINKING<br>HIGH_RISK_GENERIC | Client should consider declining the transaction unless their profit margin allow for high likelihood of loss |
| GREEN | 000-599 | LOW_MERCHANDISE_RISK | Client should consider approving the transaction |

https://www.paypalobjects.com/ecm_assets/Payment%20Assessment%20API%20WP-v1-A.pdf



https://developer.paypal.com/docs/checkout/advanced/customize/fraud-protection/fraud-protection-advanced/filters/

## Catch card fraud early

Stay one step ahead of scammers with real-time early fraud alerts.[2] We monitor tens of millions of merchant sites in our network to detect early signs of card fraud—often before a costly transaction occurs—and will immediately notify you if we suspect your card info may be compromised.[4]

**Add a Payment Method**



https://www.paypal.com/us/digital-wallet/security-and-protection